UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

IN RE:
  KRISTOPHER W DALTON
  MELISSA K DALTON

                Debtors

CASE NO: 06-32213
     (Chapter 13)

JUDGE LAWRENCE S. WALTER

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4083103**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 0/ 0 | KRISTOPHER W DALTON & MELISSA K DALTON<br>8331 GIBSON AVENUE<br>FAIRBORN, OH  45324 | 2.64 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 6/13/2011

Certificate of Service                          06-32213

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class
mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

KRISTOPHER W DALTON          DAVID M HOLLINGSWORTH          (25.1n)
MELISSA K DALTON             BOX 52                        BENEFICIAL OHIO INC
8331 GIBSON AVENUE           ENON, OH  45323               961 WEIGEL DR
FAIRBORN, OH  45324                                        BOX 8603
                                                           ELMHURST, IL  60126

(23.1n)                      (1007.1n)
LINDSEY HALL                 PATRICK D HENDERSHOTT
1300 E 9TH ST                BOX 525
14TH FLOOR                   TOLEDO, OH  43697
CLEVELAND, OH  44114

            Jeffrey M. Kellner BY        /s/ Jeffrey M. Kellner                    sv